UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-12-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| BRIAN JOSEPH VANCOURT | |

On motion of the Defendant, Brian Joseph Vancourt, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #33 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Office.

IT IS SO ORDERED.

This 30th day of October, 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge